IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. EICKS, et al          *

    Plaintiffs                          *       CIVIL ACTION NO.:
                                                          AMD 02CV3575

v.                                         *

The New Baltimore City           *
 Board of School
Commissioners, et al
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER GRANTING MOTION
FOR EXTENSION OF TIME

UPON Consideration of Plaintiff's Request for An Extension of Time in which to respond to Defendant's Motion To Dismiss and there being no objection thereto it is hereby ORDERED that the Plaintiff's Motion is GRANTED and,

IT IS FURTHER ORDERED that the Plaintiff shall have until January 21, 2003 to file a Response to the Defendant's Motion to Dismiss.

1/14/2003

_____
Judge,
U.S. District Court for the
    District of Maryland

2