IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. EICKS                        *

&                                       *

NANCY J. EICKS,                         *    Civil Action No. AMD 02CV3575

      Plaintiffs                *

v.                                      *

                                        *

NEW BALTIMORE CITY BOARD
OF SCHOOL COMMISSIONERS,                *
ET AL,
                                        *

      Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

      Having read and considered Defendant's Motion To Dismiss, it is hereby this 23rd day of Jan., 2003: **ORDERED** that the Defendants' motion be and hereby is **GRANTED** ~~in the above-captioned action with prejudice and~~ WITH ~~without~~ leave to amend as to these Defendants.

                                                _____
                                                JUDGE ANDRE M. DAVIS