IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS | * | |
| & | * | |
| NANCY J. EICKS, | * | Civil Action No. AMD 02CV3575 |
|     Plaintiffs | * | |
| v. | * | |
| | * | |
| NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL, | * | |
| | * | |
|     Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Defendants' Motion to Enlarge Time to respond to Plaintiffs' First Amended Complaint, it is this 3rd day of February 2003, hereby

**ORDERED** that the Defendants' Motion to Enlarge Time is hereby **GRANTED**; and it is further **ORDERED** that Defendants' shall have up to and including February 25, 2003 to file an Answer to Plaintiffs' First Amended Complaint.

                                                Honorable Andre M. Davis
                                                United States District Judge