IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS, et al., | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL NO. AMD 02-3575 |
| | : | |
| NEW BALTIMORE CITY BOARD of | : | |
| SCHOOL COMMISSIONERS, et al., | : | |
| Defendants | : | |

...o0o...

O R D E R

An off-the-record telephone conference was held herein on the 4th day of March, 2003. In accordance with the colloquy with the Court, it is hereby ORDERED

(1)   That THE MOTION TO DISMISS COUNT III IS GRANTED AND THE AMENDED COMPLAINT IS DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE; and it is further ORDERED

(2)   That PLAINTIFFS SHALL FILE THEIR SECOND AMENDED COMPLAINT ON OR BEFORE MARCH 19, 2003; and it is further ORDERED

(3)   That the Clerk shall TRANSMIT a copy of this order to all counsel.

ANDRE M. DAVIS
United States District Judge