April 29, 2003

Clerk, United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201


Re:   **Eicks, et al. v. Baltimore City Board of School Commissioners, et al.**
      **Civil Action No.:  AMD-02-3575**

Dear Sir or Madame:

   Please accept this report in compliance with Judge Davis' scheduling order in the above-referenced case. Please be advised that the Defendants will require no more than eighteen (18) hours of depositions in this case. Additionally, Defendants do not consent to proceed before a United States Magistrate Judge.

   If the Court should have any questions, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.


                                          Respectfully Submitted,


                                          _____/s/_____
                                          Allyson Huey, Fed. Bar No. 025065
                                          Baltimore City Public School System
                                          Office of Legal Counsel
                                          200 E. North Avenue, Room 208
                                          Baltimore, Maryland 21202
                                          410-396-8982
                                          410-396-2955 (fax)

                                          Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WILLIAM R. EICKS, et al.,** | * | |
| **Plaintiffs** | * | **Civil Action No. AMD 02CV3575** |
| | * | |
| v. | * | |
| | * | |
| **BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, et al.,** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>April 29, 2003</u> a copy of Defendants' Report regarding deposition hours and referral to a Magistrate Judge, which was electronically filed in this case on <u>April 29, 2003</u>, was mailed via first class mail, postage prepaid, to Sherrie T. Howell, Attorney for Plaintiffs, 2122 Maryland Avenue, Baltimore, Maryland 21218.

                                                                        /s/
                                                   Allyson M. Huey
                                                   Bar No. 025065

                                                   Attorney for Defendants