IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. RDB 02CV3575 |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT
MOTION TO MODIFY
SCHEDULING ORDER**

Plaintiffs and Defendants, by their undersigned attorneys, hereby jointly request a modification of the scheduling order. Counsel for Plaintiffs and Defendants have discussed the need for additional time by both parties. In support of the instant motion, the Court is respectfully directed to the attached memorandum.

Respectfully submitted,

_____/s/_____
Allyson M. Huey
Fed. Bar No. 025065
Associate Counsel – Office of Legal Counsel
200 E. North Avenue, Room 208
Baltimore, Maryland 21202
410-396-8982

Attorney for Defendants

/s/
_____
Sherri T. Howell
Federal Bar No. 10798
2122 Maryland Avenue
Baltimore, Maryland 21218
410-539-8788

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. RDB 02CV3575 |
| | * | |
| **BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The parties jointly request this extension due to the fact that as discovery has progressed it has become apparent that this case is more complex than initially thought. For this reason both parties require additional time to complete discovery. Further, Defendants' designated expert witness is currently on medical leave, and will not be able to review documents or evaluate the Plaintiffs until sometime in mid to late September.

This modification is not requested for purposes of delay. The parties jointly request an extension of sixty (60) days, up to and including, October 28, 2003 to complete discovery. Further, the parties jointly request that the due date for all Requests for Admissions be extended to November 4, 2003. Lastly, that all dispositive pretrial motions are due December 4, 2003. Accordingly, Plaintiffs and

3

Defendants respectfully request that the Motion to Modify the Scheduling Order be granted.

Respectfully submitted,

_____/s/_____
Allyson M. Huey
Fed. Bar No. 025065
Associate Counsel – Office of Legal Counsel
200 E. North Avenue, Room 208
Baltimore, Maryland 21202
410-396-8982

Attorney for Defendants


_____/s/_____
Sherri T. Howell
Fed. Bar No. 10798
2122 Maryland Avenue
Baltimore, Maryland 21218
410-539-8788

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. RDB 02CV3575 |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Having read and considered the Plaintiffs and Defendants' Motion to Modify the Scheduling Order, it is hereby this _____ day of _____, 2003: **ORDERED** that the Defendant's Motion to Modify the Scheduling Order is **GRANTED**; and that the Scheduling Order will be modified such that all discovery will now be completed on October 28, 2003, Requests for Admissions will be due on November 4, 2003, and all dispositive pretrial motions will be due on December 4, 2003as ruled on Defendant's Motion for Summary Judgment.

_____
JUDGE RICHARD D. BENNETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. RDB 02CV3575 |
| | * | |
| **BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August 2003, a copy of the Joint Motion for a Modification of the Scheduling Order, and Memorandum in Support of the Motion, and proposed Order was filed electronically with the United States District Court.

                                                  _____/s/_____
                                                  Allyson M. Huey
                                                  Attorney for Defendants