**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

<u>Northern Division</u>
320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201
Tel 410-962-3190
Fax 410-962-3177

<u>Southern Division</u>
200 U.S. Courthouse
6500 Carat Lane
Greenest, MD  20770
Tel 301-344-0052
Fax 301-344-3888

August 14, 2003

TO COUNSEL OF RECORD

Re:  Eicks v. The New Baltimore City Board of
     School Commissioners, et al.
     <u>Civil No. RDB 02-3575</u>

Dear Counsel:

The Court has granted your joint motion to modify the Scheduling Order and has entered a revised schedule.  See attached.

This schedule will not be further modified, absent extraordinary circumstances.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/skp

Attachment