IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| WILLIAM R. EICKS, et al. : | |
| v. : | CIVIL NO. RDB 02-3575 |
| THE NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, et al. : | |
| : | |

O R D E R

The Parties having submitted a Joint Motion to Modify the Scheduling Order entered April 15, 2003, (Docket Entry 26), and good cause having been shown,

IT IS HEREBY ORDERED, this 14TH day of August, 2003, that the Motion to Modify be GRANTED and that the Scheduling Order be REVISED as follows:

| | |
|---|---|
| Discovery deadline; submission of status report | October 28, 2003 |
| Requests for admissions | November 4, 2003 |
| Dispositive pretrial motions | December 4, 2003 |

To all other extents, the provisions of previously entered scheduling orders shall remain in full force and effect.

/s_____

Richard D. Bennett
United States District Judge