IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| | * | Civil Action No. RDB 02CV3575 |
| **Plaintiffs** | * | |
| v. | * | |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR RULE 35(a) ORDER**

Now come the Defendants, the Baltimore City Public School System and Joseph Kirkman, Individually and in his Official Capacity, by their undersigned attorneys, Allyson M. Huey, Associate Counsel, and Brian K. Williams, Associate Counsel, and move pursuant to Fed. R. Civ. Pro. 35(a), to order Plaintiff, William Eicks, to undergo an individual physical and mental condition examination, to order Plaintiff, Nancy Eicks to undergo an individual mental condition examination, and in support thereof states as follows:

1. William Eicks has alleged violations of his First Amendments rights based upon harassment due to his alleged physical condition;

2. William Eicks had also alleged intentional infliction of emotional harm and a loss of consortium;

1

3. William Eicks has alleged that he has a disability covered by the American with Disabilities Act;

4. Nancy Eicks has alleged a loss of consortium;

5. As both Plaintiffs have alleged severe emotional and psychological harm, and William Eicks has raised physical health issues, it is appropriate for their mental condition to be reviewed by a psychiatrist, and for William Eicks' physical state to be reviewed.

6. The scope of the examination will be governed by the allegations contained in the Plaintiffs' Second Amended complaint;

7. The Plaintiffs would be individually examined by Dr. Michael K. Spodak, M.D., a licensed psychiatrist;

8. The date of the examination would be set up for a mutually convenient dates and times for the Plaintiffs and Dr. Spodak; and

9. The examination would take place prior to October 15, 2003 at Dr. Spodak's office, located at 26 W. Pennsylvania Avenue, Towson, Maryland 21204.

|  |  |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Allyson M. Huey | Brian K. Williams |
| Fed. Bar No. 025065 | Fed. Bar No. 06941 |
| Associate Counsel | Associate Counsel |
| Office of Legal Counsel | Office of Legal Counsel |
| 200 E. North Avenue | 200 E. North Avenue |
| Suite 208 | Suite 208 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| 410-396-8982 | 410-396-8771 |
| Attorney for Defendants | Attorney for Defendants |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| | * | **Civil Action No. RDB 02CV3575** |
| **Plaintiffs** | * | |
| v. | * | |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having read and considered Defendants' Motion for Fed.R.Civ.P. 35(a) examinations, it is hereby this _____ day of _____, 2003: **ORDERED** that the Defendants' Motion for Fed.R.Civ.P. 35(a) is hereby **GRANTED**; and Plaintiff William Eicks is hereby ordered to submit to a mental and physical examination by Dr. Michael Spodak; and Plaintiff Nancy Eicks is hereby ordered to submit to a mental examination by Dr. Michael Spodak; and the examinations are to be completed by October 15, 2003.

_____
**JUDGE RICHARD D. BENNETT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS, ET AL.,** | * | |
| | * | **Civil Action No. RDB 02CV3575** |
| **Plaintiffs** | * | |
| v. | * | |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I hereby certify that on the 15<u>TH</u> of September, 2003 was electronically filed in the United States District Court of Maryland, Northern Division, and a copy of the foregoing, Defendants' Motion for Fed.R.Civ.P. 35(a) Examinations was mailed postage prepaid, to Sherrie T. Howell, Esquire, Attorney for Plaintiffs, 2122 Maryland Avenue, Baltimore, Maryland 21218.

_____/s/_____
Allyson M. Huey
Attorney for Defendants