## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS | * | |
| & | * | |
| NANCY J. EICKS, | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| v. | * | |
| | * | |
| BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL, | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO MODIFY SCHEDULING ORDER

Defendants, by their undersigned attorney, hereby request a limited second modification of the scheduling order. In support of this instant motion, the Court is respectfully directed to the attached memorandum.

Respectfully Submitted,

_____/s/_____
Allyson M. Huey
Fed Bar No. 025065
Associate Counsel – Office of Legal Counsel
200 E. North Avenue
Room 208
Baltimore, Maryland 21202
410-396-8982

Attorney for the Defendants

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS | * | |
| & | * | |
| NANCY J. EICKS, | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| v. | * | |
| | * | |
| BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL, | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER

The Defendants respectfully request this second modification of the scheduling order for the following reasons:

1. This modification is not made for purposes of delay. The Defendants had fully scheduled and intended to have all discovery completed by the discovery deadline of October 28, 2003.

2. Defendants attempted to contact Plaintiffs' attorney by phone on October 20 and again on October 21, 2003 in order to request her consent. Plaintiffs' attorney was unavailable, and has not yet returned Defendants' phone call;

2

3. The reason for the request for modification is that Plaintiffs had been scheduled to have a medical examination by Defendants' named expert, Dr. Michael Spodak, on October 14, 2003.

4. Without any prior notice to Defendants or Dr. Spodak, Plaintiffs failed to attend this medical examination. According to Plaintiffs' attorney they had mistakenly thought that the examination was on October 15, 2003.

5. Defendants had requested on September 15, 2003 that Plaintiffs contact Dr. Spodak by September 19, 2003 in order to set up a mutually convenient appointment. Plaintiffs failed to set up this appointment.

6. Defendants then established an appointment for the Plaintiffs on the first available date on Dr. Spodak's calendar on October 14, 2003. Plaintiff's counsel was advised of this appointment on October 2, 2003. Defendants never received any communication from Plaintiffs that they were unable to attend the appointment with Dr. Spodak on October 14, 2003.

7. Defendants had noticed Plaintiffs' depositions to occur after the medical examination, so that Defendants would be able to use the information learned at the medical examination in the Plaintiffs' depositions. Plaintiff Nancy Eicks' deposition was noted for October 22, 2003, and Plaintiff William Eicks' deposition was noted for October 27, 2003.

8. At this time, the first available appointment that Dr. Spodak has for Plaintiff William Eicks' examination is November 18, 2003. The second available appointment he has for Plaintiff Nancy Eicks is December 2, 2003.

9. Defendants believe that it would be unfair and prejudice their defense if they are not able to have the medical examinations of the Plaintiffs completed, which is impossible within the time constraints of the current scheduling order.

10. Further, Defendants also believe that it would be unfair and prejudice their defense if they are required to depose the Plaintiffs prior to the completion of their medical examinations.

11. Based upon information and belief, there is no other outstanding discovery.

12. For these reasons, Defendants respectfully request that the scheduling order in this case be modified in a very limited manner. Defendants request that the discovery deadline be extended only for the limited purposes of the completion of Plaintiffs' medical examinations on or before December 2, 2003 and the Defendants taking of Plaintiffs William and Nancy Eicks' depositions on or before December 18, 2003.

13. Therefore, the due date for All Requests for Admissions would be extended to January 5, 2003 and the deadline for all dispostive pretrial motions would be extended to February 5, 2003.

Respectfully Submitted,

_____/s/_____
Allyson M. Huey
Fed Bar No. 025065
Associate Counsel – Office of Legal Counsel
200 E. North Avenue
Room 208
Baltimore, Maryland 21202
410-396-8982
Attorney for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS** | * | |
| **&** | * | |
| **NANCY J. EICKS,** | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| v. | * | |
| | * | |
| **BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL,** | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Having read and considered the Defendants' Motion to Modify the Scheduling Order, it is hereby this _____ day of _____, 2003; **ORDERED** that the Defendants' Motion to Modify the Scheduling Order is **GRANTED**; and that the Scheduling Order will be modified that the discovery deadline will be extended for the limited purposes of the completion of medical examinations of the Plaintiffs on or before December 2, 2003 and the Defendants will complete the taking of Plaintiffs' depositions on or before December 18, 2003, All Requests for Admissions will be due on January 5, 2004, and all pretrial dispositive motions will be due on February 5, 2003.

_____
**JUDGE RICHARD D. BENNETT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS** | * | |
| **&** | * | |
| **NANCY J. EICKS,** | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| | * | |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL,** | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of October 2003, a copy of the foregoing Motion to Modify the Scheduling Order, Memorandum in Support of the Motion and proposed Order was filed electronically with the United States District Court.

                                         _____/s/_____
                                         Allyson M. Huey
                                         Attorney for Defendants