IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS | * | |
| & | * | |
| NANCY J. EICKS, | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| v. | * | |
| | * | |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL, | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' ADDENDUM TO ITS MOTION TO MODIFY SCHEDULING ORDER

Defendants, by their undersigned attorney, electronically filed a request for a limited second modification of the scheduling order earlier today. Since that time, Defendants have spoken to Plaintiffs' counsel. Plaintiffs' counsel has consented to the Defendants' request for a limited second modification of the scheduling order. Defendants respectfully direct the Court to the earlier filed Memorandum in support of the motion.

1

Respectfully Submitted,

_____/s/_____
Allyson M. Huey
Fed Bar No. 025065
Associate Counsel – Office of Legal Counsel
200 E. North Avenue
Room 208
Baltimore, Maryland 21202
410-396-8982

Attorney for the Defendants

N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM R. EICKS | * | |
| & | * | |
| NANCY J. EICKS, | * | Civil Action No. RDB 02CV3575 |
| Plaintiffs | * | |
| v. | * | |
| | * | |
| BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL, | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having read and considered the Defendants' Motion to Modify the Scheduling Order, it is hereby this _____ day of _____, 2003; **ORDERED** that the Defendants' Motion to Modify the Scheduling Order is **GRANTED**; and that the Scheduling Order will be modified that the discovery deadline will be extended for the limited purposes of the completion of medical examinations of the Plaintiffs on or before December 2, 2003 and the Defendants will complete the taking of Plaintiffs' depositions on or before December 18, 2003, All Requests for Admissions will be due on January 5, 2004, and all pretrial dispositive motions will be due on February 5, 2004.

_____
**JUDGE RICHARD D. BENNETT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WILLIAM R. EICKS** | * | |
| **&** | * | |
| **NANCY J. EICKS,** | * | Civil Action No. RDB 02CV3575 |
| **Plaintiffs** | * | |
| | * | |
| | * | |
| **BALTIMORECITY BOARD OF SCHOOL COMMISSIONERS, ET AL,** | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this <u>21st</u> day of October 2003, a copy of the foregoing Motion to Modify the Scheduling Order, Memorandum in Support of the Motion and proposed Order was filed electronically with the United States District Court.

                                                                            /s/
                                                          Allyson M. Huey
                                                          Attorney for Defendants