## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

<u>Northern Division</u>
320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201
Tel 410-962-3190
Fax 410-962-3177

<u>Southern Division</u>
200 U.S. Courthouse
6500 Carat Lane
Greenest, MD  20770
Tel 301-344-0052
Fax 301-344-3888

October 21, 2003

TO COUNSEL OF RECORD

Re:  Eicks v. The New Baltimore City Board of
School Commissioners, et al.
<u>Civil No. RDB 02-3575</u>

Dear Counsel:

The Court has granted Defendants' consented-to motion for extension of the discovery period for the limited purpose of conducting medical examinations of the Plaintiffs and for taking the Plaintiffs' depositions

Counsel are urged to abide by the deadlines set forth in the attached Order as the Court is not inclined to grant any further extensions in this matter.

Sincerely,

*Richard D. Bennett*

Richard D. Bennett
United States District Judge

RDB/skp

Attachment