N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. EICKS              *

&

NANCY J. EICKS,                             Civil Action No. RDB 02CV3575

      Plaintiffs         *

v.

BALTIMORE CITY BOARD
OF SCHOOL COMMISSIONERS,
ET AL,
                         *
      Defendants
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having read and considered the Defendants' Motion to Modify the Scheduling Order, it is hereby this __21st__ day of __October__, 2003; **ORDERED** that the Defendants' Motion to Modify the Scheduling Order is **GRANTED**; and that the Scheduling Order will be modified that the discovery deadline will be extended for the limited purposes of the completion of medical examinations of the Plaintiffs on or before December 2, 2003 and the Defendants will complete the taking of Plaintiffs' depositions on or before December 18, 2003, All Requests for Admissions will be due on January 5, 2004, and all pretrial dispositive motions will be due on February 5, 2004

                                              _/s/ R.D. Bennett_
                                          JUDGE RICHARD D. BENNETT