IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. EICKS, ET AL.,

                              *      Civil Action No. RDB 02CV3575

      Plaintiffs

v.

BALTIMORE CITY BOARD
OF SCHOOL COMMISSIONERS,
ET AL.,

      Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Having read and considered Defendants' Motion for Fed.R.Civ.P. 35(a) examinations, it is hereby this  21st  day of  OCTOBER , 2003 **ORDERED** that the Defendants' Motion for Fed.R.Civ.P. 35(a) is hereby **GRANTED**; and Plaintiff William Eicks is hereby ordered to submit to a mental and physical examination by Dr. Michael Spodak; and Plaintiff Nancy Eicks is hereby ordered to submit to a mental examination by Dr Michael Spodak; and the examinations are to be completed by ~~October 15~~, 2003 DECEMBER 2

                                                    _/s/ R.D. Bennett_
                                                  **JUDGE RICHARD D. BENNETT**

3