IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM R. EICKS** | * | |
| **&** | * | |
| **NANCY J. EICKS,** | * | Civil Action No. RDB 02CV3575 |
| **Plaintiffs** | * | |
| v. | * | |
| **BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, ET AL.,** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Defendants' Status Reports

Defendants, Baltimore City Board of School Commissioners and Joseph Kirkman, by their undersigned counsel, file these Status Reports.

a. <u>Discovery Status</u>: Discovery has been completed.

b. <u>Pending Motions</u>: There are no pending motions.

c. <u>Dispositive Pretial Motion</u>: Defendants' intend to file a dispositive pretrial motion no later February 5, 2004.

d. <u>Trial</u>: This trial would be before a jury. Defendants anticipate that a trial of this case would take five (5) days.

e. <u>Settlement Negotiations</u>: The parties are currently in settlement negotiations. Defendants, in the spirit of judicial economy and without any admission of liability, were willing to engage in settlement discussions with the Plaintiffs, as were Plaintiffs. Defendants certify that they have discussed over the phone on December 16 and 17, 2003 settlement of this case. Defendants

        certify that settlement was discussed in person by Plaintiff's counsel and Defendants' counsel on December 17, 2003.

    f.    <u>Settlement/ADR conference</u>:  Defendants believe that if this case is to settle, it can do so without a settlement or ADR conference.

    g.    <u>Trier of Fact:</u> Defendants do not consent to have a U. S. Magistrate Judge conduct any further proceedings in this case, including trial and entry of final judgement.

    h.    <u>Other matters</u>: Defendants are unaware of any other matters that should be brought to the court's attention.

                      /s/ /s/
                Allyson M. Huey #06941 – (410) 396-8982
                Brian Williams #05219 – (410) 396-8770
                Associate Counsel
                BCPSS Office of Legal Counsel
                200 E. North Ave, Room 208
                Baltimore, MD 21202

                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendants' Status Reports was electronically filed with the U.S. District Court of Maryland, Northern Division.

                      /s/
                Allyson M. Huey
                 #025065
                (410) 396-8982

                Attorney for Defendants