IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. EICKS, et al          *

        Plaintiffs       *   CIVIL ACTION NO.:
                                       AMD02CV3575

v.                               *

The New Baltimore City           *
 Board of School
 Commissioners, et al            *
        Defendants
                                 *

\* \* \* \* \* \* \* \* \* \* \* \*

### Stipulation of Dismissal

Plaintiff by their undersigned counsel hereby file this Stipulation of Dismissal in the above matter in that the case has been SETTLED.

Respectfully,

_____
Sherrie T. Howell
Attorney at Law
2122 Maryland Ave.
Baltimore, Maryland 21218
410-539-8788
Trial Bar No.10798

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April 2004 , a copy of Plaintiff's Stipulation of Dismissal was forwarded via facsimile and mailed by first class mail, postage prepaid, to Allyson Huey and

1