IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2004 APR 14 A 11: 20

WILLIAM R. EICKS, et al          *

        Plaintiffs      *   CIVIL ACTION NO.:
                               AMD02CV3575

v.

The New Baltimore City        *
Board of School
Commissioners, et al          *
        Defendants
                               *

*   *   *   *   *   *   *   *   *   *   *

### Stipulation of Dismissal

Plaintiff by their undersigned counsel hereby file this Stipulation of Dismissal in the above matter in that the case has been SETTLED.

Respectfully,

*(signature)*

Sherrie T. Howell
Attorney at Law
2122 Maryland Ave.
Baltimore, Maryland 21218
410-539-8788
Trial Bar No.10798

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th [17th] day of April 2004, a copy of Plaintiff's Stipulation of Dismissal was forwarded via facsimile and mailed by first class mail, postage prepaid, to Allyson Huey and

1

APPROVED, this 14th day of April, 2004.

*(signature)*
Richard D. Bennett
United STates District Judge